**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RALPH HAYES, KENNETH HAYES, AND RUTH HAYES,**<br><br>          **Plaintiff(s),**<br><br>     v.<br><br>**WELLS FARGO BANK, N.A. A//K/A WELLS FARGO HOME MORTGAGE, F/K/A WACHOVIA MORTGAGE, FSB, F/K/A/ WORLD SAVINGS BANK, FSB, AND DOES 1-10,**<br><br>          **Defendants.** | Case No.: 13-CV-420 YGR<br><br>**ORDER CONTINUING HEARING ON MOTION TO DISMISS TO MAY 28, 2013** |

Plaintiffs Ralph Hayes, Kenneth Hayes, and Ruth Hayes ("Plaintiffs") have filed their request for a continuance of the hearing on pending Motion of Defendant Wells Fargo Bank N.A. ("Wells Fargo") to Dismiss.  The Court is unavailable on May 21, the date requested by Plaintiffs.  The hearing date is therefore **CONTINUED** to **May 28, 2013,** at 2:00 p.m.

This Order terminates Docket No. 30.

**IT IS SO ORDERED.**

Dated: May 2, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**