# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH HAYES, KENNETH HAYES, AND RUTH HAYES,**<br><br>Plaintiff(s),<br><br>v.<br><br>**WELLS FARGO BANK, N.A. A//K/A WELLS FARGO HOME MORTGAGE, F/K/A WACHOVIA MORTGAGE, FSB, F/K/A/ WORLD SAVINGS BANK, FSB, AND DOES 1-10,**<br><br>Defendants. | Case No.: 13-CV-420 YGR<br><br>**ORDER CONTINUING HEARING ON MOTION TO DISMISS; DIRECTING PARTIES TO INFORM THE COURT WHETHER THEY WILL CONSENT TO A MAGISTRATE JUDGE FOR ALL PURPOSES; AND CONTINUING CASE MANAGEMENT CONFERENCE** |

The Motion of Defendant Wells Fargo Bank N.A. ("Wells Fargo") to Dismiss is currently set for hearing on May 28, 2013. The Court, on its own motion, **CONTINUES** the hearing on these motions to **August 13, 2013, at 2:00 p.m.** in Courtroom 5, Federal Courthouse, Oakland.

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. *See* Civil L.R. 73-1(b). This option is being made available because the magistrate judges in this district have smaller civil dockets and no felony criminal cases and may be able to adjudicate this case more expeditiously than the undersigned district judge. The parties are further advised that they may jointly request assignment to a specific magistrate judge.

The parties are hereby **DIRECTED** to review the profiles of each magistrate judge on the Court's website, and then meet and confer as to whether they can agree on a specific magistrate judge of their choosing. The parties shall advise the Court, no later than **May 28, 2013,** whether they

1  consent to have a magistrate judge conduct all further proceedings in the instant action.  For the
2  parties' convenience, a consent form is attached hereto; forms are also available at
3  http://www.cand.uscourts.gov, in the "Forms" section.
4      The case management conference currently set for June 17, 2013, is **CONTINUED** to **August**
5  **26, 2013, at 2:00 p.m.**
6      **IT IS SO ORDERED.**
7  Dated: May 16, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California