United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH HAYES, KENNETH HAYES, AND RUTH HAYES,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**WELLS FARGO BANK, N.A. A//K/A WELLS FARGO HOME MORTGAGE, F/K/A WACHOVIA MORTGAGE, FSB, F/K/A/ WORLD SAVINGS BANK, FSB, AND DOES 1-10,**<br><br>    **Defendants.** | **Case No.: 13-CV-420 YGR**<br><br>**ORDER EXTENDING TIME FOR PARTIES TO TO INFORM THE COURT WHETHER THEY WILL CONSENT TO A MAGISTRATE JUDGE FOR ALL PURPOSES** |

On May 16, 2013, the Court issued an order directing the parties to meet and confer and to advise the Court no later than May 28, 2013, whether they would consent to have a magistrate judge conduct all further proceedings in the instant action. On May 29, 2013, counsel for Wells Fargo Bank N.A. ("Wells Fargo"), filed his Notice of Inability to Meet and Confer (Dkt. No. 33, "Notice"), as well as Wells Fargo's consent to a magistrate. In the Notice, counsel indicated that he had been unable to get in contact with Plaintiffs.

The Court therefore **ORDERS** that Plaintiffs contact counsel for Wells Fargo immediately to discuss whether they will consent to reassignment of this action to a magistrate judge for all purposes, and, if so, to which magistrate judge(s) they agree to be reassigned.

The parties are to file a **joint** statement no later June 19, 2013. Failure to submit a timely statement may be grounds for sanctions.

**IT IS SO ORDERED.**

Dated: May 31, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**